Matter of Delaney (2023 NY Slip Op 06584)

Matter of Delaney

2023 NY Slip Op 06584

Decided on December 21, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:December 21, 2023

PM-278-23
[*1]In the Matter of Sean Richard Delaney, an Attorney. (Attorney Registration No. 4666285.)

Calendar Date:December 18, 2023

Before:Garry, P.J., Clark, Reynolds Fitzgerald, Fisher and McShan, JJ.

Sean Richard Delaney, Baltimore, Maryland, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Sean Richard Delaney was admitted to practice by this Court in 2009 and lists a business address in Baltimore, Maryland with the Office of Court Administration. Delaney now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Delaney's application.
Upon reading Delaney's affidavit sworn to November 29, 2023 and filed December 6, 2023 and upon reading the December 15, 2023 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Delaney is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Clark, Reynolds Fitzgerald, Fisher and McShan, JJ., concur.
ORDERED that Sean Richard Delaney's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Sean Richard Delaney's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Sean Richard Delaney is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Delaney is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Sean Richard Delaney shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.